UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT HUNTER, et al.,<br><br>    Defendants. | Case No. 14-cv-05347-JST<br><br>**ORDER TO FILE NOTICE OF SETTLEMENT** |

On February 18, 2016, the parties participated in a mediation session that resolved in settlement. Within fourteen days of the date of this Order, the parties shall file either a notice of settlement or a statement informing the Court that the case has not settled. If the parties file a notice of settlement, the Court will then set a deadline to file a stipulation of dismissal.

IT IS SO ORDERED.

Dated: February 23, 2016

_____
JON S. TIGAR
United States District Judge