UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESUS TORRES,

    Plaintiff,

v.

ROBERT HUNTER, et al.,

    Defendants.

Case No. 14-cv-05347-JST

**ORDER TO FILE STIPULATION OF DISMISSAL**

Re: ECF No. 29

    The parties stated on the record on March 8, 2016, that they have settled this action. <u>See</u> ECF No. 29. Accordingly, all deadlines and hearings in this case are VACATED. By April 29, 2016, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

    The Court also hereby sets a case management conference for May 25, 2016 at 2:00 p.m., which will be automatically vacated if the stipulation of dismissal is timely filed.

    Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

    IT IS SO ORDERED.

Dated: March 9, 2016

                                               JON S. TIGAR
                                       United States District Judge