UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT HUNTER, et al.,<br><br>        Defendants. | Case No. 14-cv-05347-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 31 |

The parties have filed a stipulation of dismissal dated April 19, 2016, stating that they have agreed to a settlement of this action. ECF No. 31. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. Pursuant to the parties' request, the Court shall retain jurisdiction over enforcement of the settlement agreement. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: April 20, 2016

_____
JON S. TIGAR
United States District Judge